**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1136**

ALLEN V. JAFFE,

Plaintiff - Appellant,

versus

LISA SPICKLER GOODWIN; JOHN R. WALK, Attorney;
HIRSCHLER, FLEISCHER, WEINBERG, COX AND ALLEN,
P.C.; VIRGINIA PHOTOTHERAPY, L.L.C.; RONALD
MARK LANDESS, Dr., DPM, a/k/a Ronald Mark
Landess; CATHERINE HAMMOND, Judge,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, District
Judge.  (CA-03-799-3)

Submitted:  June 30, 2005          Decided:  July 27, 2005

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allen V. Jaffe, Appellant Pro Se.  Robert Emery Draim, David Drake
Hudgins, HUDGINS LAW FIRM, Alexandria, Virginia, Charles Frederick
Witthoefft, HIRSCHLER, FLEISCHER, Richmond, Virginia, James Walter
Hopper, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen V. Jaffe appeals the district court's order imposing sanctions in the form of attorneys' fees and costs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jaffe v. Goodwin, No. CA-03-799-3 (E.D. Va. Dec. 14, 2004). We deny the Hirschler Defendants' motion for Fed. R. App. P. 38 sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED